UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-MJ-04039-DUTY | Date | July 9, 2026 |
| Title | United States v. Eduardo Mendoza | | |

| | |
|---|---|
| Present: The Honorable | Stephanie S. Christensen, United States Magistrate Judge |

| | |
|---|---|
| Teagan Snyder | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:** ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒ will appear for further proceedings as required if released.

☒ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒ Allegations in petition

☐ Lack of bail resources

☐ No stable residence or employment

☐ Ties to foreign countries

☐ Previous failure to appear or violations of probation, parole, or release

☒ Nature of previous criminal convictions

☐ Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-MJ-04039-DUTY | Date | July 9, 2026 |
| Title | United States v. Eduardo Mendoza | | |

- ☐ Already in custody on state or federal offense
- ☒ Refusal to interview with Pretrial Services
- ☒ absconded from supervision

☒ Defendant did not oppose the detention request.

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.